1  JAIDEEP VENKATESAN, SBN 211386
   jvenkatesan@be-law.com
2  BERGESON, LLP
   111 N. Market Street, Suite 600
3  San Jose, CA 95113
   Telephone:   (408) 291-6200
4  Facsimile:   (408) 297-6000

5  Attorneys for Plaintiff
   STAHLS' INC., d/b/a GroupeSTAHL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| STAHLS' INC., d/b/a GroupeSTAHL, a Michigan corporation, | Case No. 4:22-cv-00854-HSG |
|---|---|
| Plaintiff, | **ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* **FOR KAMERON F. BONNER** |
| v. | |
| MICROTEC TECHNOLOGY, a California company, | |
| Defendant. | |

1  Kameron F. Bonner, an active member in good standing of the bar of Michigan, whose
2  business address and telephone number is Fishman Stewart PLLC, 800 Tower Drive, Suite 610,
3  Troy, MI 48098, Ph: 248-594-0600, Email: kbonner@fishstewip.com, having applied in the
4  above-entitled action for admission to practice in the Northern District of California on a *pro hac*
5  *vice* basis, representing Plaintiff Stahls' Inc., d/b/a GroupeSTAHL.

  IT IS HEREBY ORDERED THAT the application is DENIED

Dated:  4/1/2022



_____
Honorable
UNITED

2
ORDER DENYING APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* FOR KAMERON F. BONNER
Case No. 4:22-cv-00854-HSG