JAIDEEP VENKATESAN, SBN 211386
jvenkatesan@be-law.com
BERGESON, LLP
111 N. Market Street, Suite 600
San Jose, CA 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
STAHLS' INC., d/b/a GroupeSTAHL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STAHLS' INC., d/b/a GroupeSTAHL, a Michigan corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROTEC TECHNOLOGY, a California company,<br><br>    Defendant. | Case No. 4:22-cv-00854-HSG<br><br>**ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR MICHAEL B. STEWART** |

Michael B. Stewart, an active member in good standing of the bar of Michigan, whose business address and telephone number is Fishman Stewart PLLC, 800 Tower Drive, Suite 610, Troy, MI 48098, Ph: 248-594-0600, Email: mstewart@fishstewip.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Stahls' Inc., d/b/a GroupeSTAHL.

IT IS HEREBY ORDERED THAT the application is DENIED.

Dated:  4/1/2022



_____
Honorable
UNITED STATES DISTRICT JUDGE