UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STAHLS' INC., d/b/a GroupeSTAHL, a Michigan corporation,

        Plaintiff(s),

v.

MICROTEC TECHNOLOGY, a California company, et al.,

        Defendant(s).

Case No. 4:22-cv-00854-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Kameron F. Bonner, an active member in good standing of the bar of Michigan, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Stahls' Inc., d/b/a GroupeSTAHL in the above-entitled action. My local co-counsel in this case is Jaideep Venkatesan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 211386.

| | |
|---|---|
| FISHMAN STEWART PLLC<br>800 Tower Drive, Suite 610, Troy, MI 48098<br>MY ADDRESS OF RECORD | BERGESON, LLP<br>111 N. Market Street, Suite 600, San Jose, CA 95113<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| Tel: (248) 594-0600; Fax: (248) 594-0610<br>MY TELEPHONE # OF RECORD | Tel: (408) 291-6200; Fax: (408) 297-6000<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kbonner@fishstewip.com<br>MY EMAIL ADDRESS OF RECORD | jvenkatesan@be-law.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P78020.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.



# State Bar of Michigan

## Certificate of Good Standing

This certifies that Kameron Francis Bradford-Bonner, P78020 of Troy, Michigan is an active member of the State Bar of Michigan in good standing

He/She was admitted to practice in Michigan on November 08, 2013 in Oakland County and became a member of the State Bar of Michigan on December 16, 2013.

Janet K. Welch, Executive Director
July 21, 2021

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __April 4, 2022__       __Kameron F. Bonner__
                                                                                            APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Kameron F. Bonner__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __4/5/2022__

_____
UNITED STATES DISTRICT JUDGE